**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| **ANA CANTU AND JOSE CANTU** § | |
| § | |
| **V.** § | |
| § | **CIVIL ACTION NO. 7:22-cv-00100** |
| § | |
| **UNITED PROPERTY AND CASUALTY** § | |
| **INSURANCE COMPANY** § | |

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE JUDGE OF SAID COURT**:

COMES NOW, **UNITED PROPERTY & CASUALTY INSURANCE COMPANY**, Defendant, would advise the Court that the parties have reached a settlement and therefore request that all deadlines be suspended pending final exchange of settlement and dismissal documents.

    Respectfully submitted,

    s/ *Victor V. Vicinaiz*
    Victor V. Vicinaiz
    Federal ID No. 10956
    State Bar No. 20562300
    vvicinaiz@rofllp.com
    Raul De La Garza
    Federal ID No. 2328369
    State Bar No. 24087394
    rdelagarza@rofllp.com
    Attorneys-in-charge

    Of Counsel

    ROERIG, OLIVEIRA & FISHER, L.L.P.
    10225 North 10th Street
    McAllen, Texas 78504
    (956) 393-6300
    (956) 386-1625 (Fax)

    **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the below counsel of record in accordance with the Federal Rules of Civil Procedure:

***Via E-Service and Email*:**
Jason Palker
PALKER LAW FIRM, PLLC
4500 N. 10th St., STE. 220
McAllen, TX 78504
jason@palkerlaw.com

on this 5th day of January 2023

                                                     */s/ Victor V. Vicinaiz*
                                                     Victor V. Vicinaiz