United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ANA CANTU AND JOSE CANTU § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. 7:22-cv-00100 |
| § | |
| UNITED PROPERTY AND CASUALTY § | |
| INSURANCE COMPANY § | |

### ORDER ON STIPULATION OF DISMISSAL

After considering the Parties' Agreed Stipulation of Dismissal, the Court hereby dismisses Plaintiffs, ANA CANTU AND JOSE CANTU'S claims asserted against Defendant, UNITED PROPERTY AND CASUALTY INSURANCE COMPANY with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

Signed on the 19th day of January, 2023

_____
U.S. DISTRICT JUDGE
Ricardo H. Hinojosa

APPROVED & ENTRY REQUESTED:

_____
Jason Palker
Federal Bar No. 3633290
State Bar No. 24108248

Of Counsel:

PALKER LAW FIRM, PLLC
4428 S. McColl Rd.
Edinburg, Texas 78539
Telephone: (956) 320-0270
Facsimile: (800) 507-4298
jason@palkerlaw.com

**ATTORNEY FOR PLAINTIFF**

1

*/s/ Victor V. Vicinaiz*
Victor V. Vicinaiz
Federal ID No. 10956
State Bar No. 20562300
vvicinaiz@rofllp.com
Raul De La Garza
Federal ID No. 2328369
State Bar No. 24087394
rdelagarza@rofllp.com
Attorneys-in-charge

Of Counsel

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas 78504
(956) 393-6300
(956) 386-1625 (Fax)

**ATTORNEYS FOR DEFENDANT**